IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moore, Aaron | Case Number: 08 B 18473 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 01/06/09 | Filed: 7/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,523.10 | |
| Secured: | | 150.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,272.57 |
| Trustee Fee: | | 100.53 |
| Other Funds: | | 0.00 |
| Totals: | 1,523.10 | 1,523.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 1,272.57 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Village Of Bellwood | Secured | 913.00 | 75.00 |
| 4. | Illinois Title Loans | Secured | 1,000.00 | 75.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 16,000.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 314.09 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 518.31 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 2,556.17 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 445.07 | 0.00 |
| 11. | AAA Checkmate LLC | Unsecured | 993.63 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 1,123.82 | 0.00 |
| 13. | HSBC | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Pay Day Loans | Unsecured | | No Claim Filed |
| 16. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | $ 27,605.59 | $ 1,422.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 100.53 |
| | $ 100.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Moore, Aaron

Printed: 01/06/09

Case Number:  08 B 18473
Judge:  Goldgar, A. Benjamin
Filed:  7/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

